UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERTA BISCAN et al., | ) |
| *Plaintiffs*, | ) |
| | ) |
| VS. | ) |
| | ) C.A. NO. 1:23-cv-11170 |
| TOWN OF WILMINGTON et al., | ) |
| *Defendants*. | ) |

**NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT**
**28 U.S.C. § 1441(a)**

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:

Petitioners, Town of Wilmington (the "Town"), Alice Brown-Legrand, Paul Ruggiero, Charlotte King, and Glenn Brand (the "Town officials") respectfully petition this Honorable Court, pursuant to 28 U.S.C. § 1441(a), for removal of the above-entitled action to the United States District Court for the District of Massachusetts, Civil Section, from the Superior Court of the Commonwealth of Massachusetts in and for the County of Middlesex, and for its Notice of Removal states as follows:

1. The Town officials are named as defendants by the plaintiffs, Roberta Biscan, (individually and as parent of C.B.),[1] Jennifer and Aaron Baptista (individually and as parents of N.B.), Sabrina Veloza (individually and as parent of R.C. 1), Kathryn Marsh and Mark Chmiel (individually and as parents of R.C. 2), Colleen and Joseph Lavorato (individually and as parents of C.L.), Nicolette Doucette and Rosario Lofaro (individually and as parents of A.F.), Jeanette and Richard Luti (individually and as parents of J.L.), Cassandra Nichols (individually and as parent of G.S.), Erika Mellstrom and Clifton Clark, III (individually and as parents of C.C.), and Sabrina

---

[1] The Town officials use a pseudonym in place of the named student plaintiffs due to their ages and/or incapacitations. The Town officials have also redacted the exhibits attached hereto.

and Allen Fucile (individually and as parents of R.F.) (collectively the "plaintiffs") in a civil action filed in the Superior Court of the Commonwealth of Massachusetts in and for the County of Middlesex, entitled Roberta Biscan et al. vs. Town of Wilmington, et al., Middlesex Superior Court, C.A. No. 2381-CV-00868. By agreement, on May 19, 2023, undersigned counsel accepted service of the Summons and Complaint on behalf of the Town and Town officials.  Copies of the Complaint and the undersigned's Acceptance of Service are attached hereto as Exhibits "1" and "2," respectively. The Town officials have not yet answered or otherwise responded to said Summons and Complaint. There are no pending motions.

2.      This is a suit of a wholly civil nature brought in a Massachusetts state court. The action is pending in the Superior Court of the Commonwealth of Massachusetts in and for the County of Middlesex and, accordingly, under 28 U.S.C. § 101 and § 1441(a), the United States District Court for the District of Massachusetts is the proper forum for removal.

3.      In Count II of their Complaint, the plaintiffs allege that the Town violated 42 U.S.C. § 1983. In Count III of their Complaint, the plaintiffs allege that the Town violated 749 U.S.C. § 504. In Count VI, the plaintiffs alleged that the Town officials violated 42 U.S.C. § 1983.

4.      Additionally, Counts VII, X, XI, and XIV each allege claims arising under the laws of the United States against defendants Kimberly Cummings, Victoria Fitzgerald, Jessica Talbot, and Kelly Foggerty.

5.      Because Counts II, III, VI, VII, X, XI, and XIV of this civil action arise under the Constitution and laws of the United States, the United States District Court has original jurisdiction under 28 U.S.C. § 1331.

6.      This Court has supplemental jurisdiction over Counts I, IV, V, VIII, IX, XII-XVII of this civil action under 28 U.S.C. § 1367(a).

7.      The Town officials are filing this Notice of Removal within thirty days of service of the Summons and Complaint, within thirty days of the date this action became removable, and within the time for filing this petition.  See 28 U.S.C. § 1446(b)(1).

8.      The Town officials will file a Notice of Filing of this Notice of Removal and a copy of this Notice of Removal with the Clerk of the Superior Court of Massachusetts, County of Middlesex.

9.      Pursuant to Local Rule 81.1(a), the Town officials shall request of the Clerk of the Superior Court of Massachusetts, County of Middlesex, certified or attested copies of all records and proceedings in the state court and certified or attested copies of all docket entries therein and shall file the same with this Court within thirty days after the filing of this Notice of Removal.

10.     All defendants who have been properly joined and served in this matter join in or consent to the removal of the action. 28 U.S.C. § 1446(b)(2)(A).

**WHEREFORE**, the petitioners, Town of Wilmington, Alice Brown-Legrand, Paul Ruggiero, Charlotte King, and Glenn Brand, pray that the above-entitled action now pending in the Superior Court of the Commonwealth of Massachusetts in and for Norfolk County be removed from that Court to this United States District Court.

Respectfully submitted,

The Defendants,

TOWN OF WILMINGTON, ALICE BROWN-LEGRAND, PAUL RUGGIERO, CHARLOTTE KING, AND GLENN BRAND,

By their Attorneys,

**PIERCE DAVIS & PERRITANO LLP**

*/s/ Justin L. Amos*

_____

Adam Simms, BBO #632617
Justin L. Amos, BBO #697232
Collen M. Howard, BBO #710250
10 Post Office Square, Suite 1100N
Boston, MA 02109
(617) 350-0950
asimms@piercedavis.com
jamos@piercedavis.com
choward@piercedavis.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on May 25, 2023.

*/s/ Justin L. Amos*

_____

Justin L. Amos, Esq.

4